# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PUREKANA, LLC, | Case No.: 2:19-cv-01399-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| T1 PAYMENTS, LLC, | |
| Defendant(s). | |

Pending before the Court is an order to show cause regarding subject matter jurisdiction. Docket No. 24. Having made a showing as to the parties' diversity, *see* Docket Nos. 29-30, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: December 10, 2019

Nancy J. Koppe
United States Magistrate Judge